IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF THE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV109 |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSAL IRRIGATION, INC., | ) | ORDER |
| and ROBERT L. GREGORY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint stipulation for extension of deadline to file answer or other pleading (Filing No. 11). The Court finds said stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; defendants shall have until June 4, 2007, to file an answer or pleading.

DATED this 23rd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court