IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

BANK OF THE WEST,                    )         8:07CV109
                                   )
          Plaintiff,       )        ORDER
                                   )
        vs.                )
                                 )
UNIVERSAL IRRIGATION, INC.   )
and ROBERT L. GREGORY,      )
                                 )
         Defendants.     )
_____)

       This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 14).

       IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Friday, June 22, 2007, at 9:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

       DATED this 7th day of June, 2007.

                     BY THE COURT:

                     /s/ Lyle E. Strom
                     _____
                     LYLE E. STROM, Senior Judge
                     United States District Court