IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BANK OF THE WEST,              )
                               )
          Plaintiff,           )         8:07CV109
                               )
     v.                        )
                               )
UNIVERSAL IRRIGATION, INC.,    )         ORDER
and ROBERT L. GREGORY,         )
                               )
          Defendants.          )
_____)
```

   This matter is before the Court on defendants' motion for extension of deadline to file mandatory disclosures (Filing No. 19).  The Court finds said motion should be granted. Accordingly,

   IT IS ORDERED that said motion is granted; the parties shall have until August 17, 2007, to file mandatory disclosures.

   DATED this 27th day of July, 2007.

          BY THE COURT:

          /s/ Lyle E. Strom
          _____
           LYLE E. STROM, Senior Judge
           United States District Court