IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BANK OF THE WEST,              )
                               )
          Plaintiff,           )       8:07CV109
                               )
     v.                        )
                               )
UNIVERSAL IRRIGATION, INC.,    )       ORDER
and ROBERT L. GREGORY,         )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on defendants' motion for extension of deadline to file mandatory disclosures (Filing No. 23). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until September 17, 2007, to file mandatory disclosures.

DATED this 16th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court