IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF THE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV109 |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSAL IRRIGATION, INC., | ) | ORDER |
| and ROBERT L. GREGORY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to amend second amended final progression order to permit endorsement of new expert witness (Filing No. 38).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until May 25, 2008, to endorse an expert witness.

DATED this 16th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court