# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BANK OF THE WEST,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **8:07CV109** |
| vs. ) | |
| ) | **ORDER** |
| **UNIVERSAL IRRIGATION, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

On the court's own motion, the pretrial conference previously set for June 10, 2008, at 9:00 a.m. is cancelled and is **rescheduled for June 13, 2008, at 1:30 p.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 21st day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge