IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF THE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV109 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNIVERSAL IRRIGATION, INC., and ROBERT L. GREGORY, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Reschedule Pretrial Conference (Filing No. 42). Upon consideration, the motion is granted. The pretrial conference previously set for June 13, 2008, at 1:30 p.m. is cancelled and is rescheduled for June 5, 2008, at 1:30 p.m. before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 22nd day of May, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge