# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF THE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV109 |
| v. | ) | |
| | ) | ORDER |
| UNIVERSAL IRRIGATION INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on June 5, 2008 by counsel for the plaintiff,

**IT IS ORDERED that:**

1.  **On or before June 20, 2008**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior Judge Lyle E. Strom, at strom@ned.uscourts.gov, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3.  The pretrial conference previously scheduled is cancelled upon the representation that this case is settled.

DATED this 5th of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge